**COURTROOM DEPUTY MINUTES**  DATE: 11-1-2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 11:30 — 11:44 am
11:45 am — 12:08 pm

- [x] **INITIAL APPEARANCE** ✓
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [x] **PRELIMINARY EXAMINATION** ✓

PRESIDING MAG. JUDGE: DRB           DEPUTY CLERK: sql
CASE NO.: 2:05mj135-B               DEFT. NAME: John Darrell QUARLES
USA: Moorer                         ATTY: ~~Robert Illman~~ Kemp
Type Counsel: ( ) Retained; ( ) Panel CJA; (✓) Waived; ( ) CDO
( ) Stand In ONLY
N/Appt
Oral Order

~~PRETRY~~/USPO: Stan Robinson

Defendant ___ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES NAME: ___

| | | |
|---|---|---|
| ☐kars. | Date of Arrest 10-27-05 or | ☐karsr40 |
| ☑kia. | Deft. First Appearance. Advised of rights/charges. | ☑Pro/Sup Rel Violator |
| ☐kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel | |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** | |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained ___ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for ___ | |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release | |
| ☐kbnd. | ☐**BOND EXECUTED** (M/D AL charges) $___. Deft released (kloc LR) | |
| | ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ☑kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ | Preliminary Hearing ☐ Set for ___ | |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprt. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☑ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ☐karr. | **ARRAIGNMENT SET FOR:** ___ ☐ HELD. Plea of **NOT GUILTY** entered. | |
| | ☐Set for ___ Trial Term; ☐ PRETRIAL CONFERENCE DATE: ___ | |
| | DISCOVERY DISCLOSURES DATE: ___ | |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for ___ | |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** | |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, ___NORTHERN___ DIVISION

UNITED STATES OF AMERICA        *
                                *
VS.                             *    CR. NO. 2:05mj135-B
                                *
JOHN DARRELL QUARLES            *
                                *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Stan Robinson | 1. Linda Harrison |
| 2. | 2. Michael Quarles |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| | 17. |