IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05MJ0135 |
| | ) | |
| JOHN DARRELL QUARLES | ) | |

**<u>ORDER</u>**

On November 1, 2005, pursuant to Fed. R. Crim. P. 32.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that the defendant, JOHN DARRELL QUARLES, has violated the conditions of his supervised release as charged. Accordingly, it is

**ORDERED** that the defendant be held to answer the charges against him in a revocation hearing United States District Judge Myron Thompson

Done this 1st day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE