IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO:2:05-mj-135-B |
| | ) | |
| **JOHN DARRELL QUARLES** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **JOHN DARRELL QUARLES** in the above-styled matter.

Dated this 7th day of November 2005.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Terry F. Moorer, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                    s/Christine A. Freeman
                    **CHRISTINE A. FREEMAN**
                    **TN BAR NO.: 11892**
                    Attorney for Defendant
                    Federal Defenders
                    Middle District of Alabama
                    201 Monroe Street , Suite 407
                    Montgomery, AL 36104
                    TEL:  (334) 834-2099
                    FAX:  (334) 834-0353
                    E-Mail: Christine_Freeman@fd.org