**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket No.  2:05MJ-00135-DRB** |
| | ) | |
| **JOHN DARRELL QUARLES** | ) | |

**MOTION TO RELEASE FROM CUSTODY**

It is ordered that the defendant is released from custody effective December 2, 2005, and that he continue to serve on the four (4) year term of supervised release that he began on May 6, 2005, with the special conditions that were added by the court on the modification order dated December 1, 2005.

Dated this _____ day of _____ 2005

_____
                                                                United States District Judge