IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Docket No.  **2:05MJ-00135-DRB** |
| | ) | |
| **JOHN DARRELL QUARLES** | ) | |

### MOTION TO RELEASE FROM CUSTODY

The United States Probation Office requests that the court release the defendant to resume service of the four (4) year term of supervised release that he began on May 6, 2005, with the special conditions that were added by the Honorable Myron H. Thompson in the modification order dated December 1, 2005.

                                                                                                               /s/ Scott Wright
                                                                                                               Scott Wright
                                                                                    Supervisory U.S. Probation Officer