IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Docket No.   2:05MJ-00135-B |
| | ) | |
| **JOHN DARRELL QUARLES** | ) | |

### ORDER ON MOTION

Upon consideration of the *Amended Motion to Release from Custody* (Doc. 6, filed December 2, 2005), it is, for good cause**,**

**ORDERED** that the Motion is **GRANTED**. Accordingly, the defendant is hereby released from custody, effective December 2, 2005, to resume service of the four (4) year term of supervised release that he began on May 6, 2005, with the special conditions that were added by the Honorable Myron H. Thompson in the modification order dated December 1, 2005.

The Clerk is instructed to terminate the pleading inadvertently docketed on December 2, 2005, as a Motion.

Done this 2nd day of December, 2005

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE